AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Frizzell, Gregory K | 2. Court or Organization  Northern District of Oklahoma | 3. Date of Report  06/26/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge - active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  Room 411 U.S. Courthouse  333 West Fourth Street  Tulsa, Oklahoma 74103-3819 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Presiding District Judge, Fourteenth Judicial District (until 1/7/07) | State of Oklahoma |
| 2. Director at Large (until June, 2007) | Rotary Club of Tulsa |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 JUN 27 A 10: 01 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 01/07/2007 | State of Oklahoma Salary | $ 2,115.92 |
| 2. 01/31/2007 | Dispute Resolution Consultants, Inc. | $ 3,420.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frizzell, Gregory K | 06/26/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ▮▮▮▮▮▮▮ Godparents | Investiture Dinner Expenses | $ 250.00 |
| 2. | ▮▮▮▮▮▮ -- Spouse's Parents | Investiture Dinner Expenses | $ 1,462.17 |
| 3. | Ron Kaufman -- close friend who will not appear in judge's court. | Investiture Dinner Expenses | $ 4,327.29 |
| 4. | ▮▮▮▮▮▮ -- Parents | Investiture Dinner Expenses | $ 1,000.00 |
| 5. | ▮▮▮▮▮ - Spouse's cousin | Investiture Dinner Expenses | $ 1,000.00 |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frizzell, Gregory K | 06/26/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Bank Accounts | A | Interest | K | T | | | | | |
| 2. Covenant Federal Credit Union Accounts | A | Interest | L | T | | | | | |
| 3. Custodial S&P Index Unit Trust - B (SPY) | A | Dividend | J | T | | | | | |
| 4. Custodial S&P Index Unit Trust - H (SPY) | A | Dividend | J | T | | | | | |
| 5. Custodial S&P Index Unit Trust - R (SPY) | A | Dividend | J | T | | | | | |
| 6. Custodial S&P Index Unit Trust - D (SPY) | A | Dividend | J | T | | | | | |
| 7. Custodial S&P Index Unit Trust - E (SPY) | A | Dividend | J | T | | | | | |
| 8. Custodial S&P Index Unit Trust - J (SPY) | A | Dividend | J | T | | | | | |
| 9. UBS Cashfund Account | A | Interest | J | T | | | | | |
| 10. OXY Common Stock | A | Dividend | K | T | | | | | |
| 11. VZ Common Stock | A | Dividend | K | T | | | | | |
| 12. UBS Bank USA Deposit Account | A | Interest | J | T | | | | | |
| 13. IAR Common Stock | A | Dividend | J | T | | | | | |
| 14. AMGN Common Stock | | None | J | T | | | | | |
| 15. BNI Common Stock | A | Dividend | K | T | | | | | |
| 16. CSCO Common Stock | | None | J | T | | | | | |
| 17. INTC Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frizzell, Gregory K | 06/26/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SGU Common Stock | | None | J | T | | | | | |
| 19. WGL Common Stock | A | Dividend | J | T | | | | | |
| 20. QQQQ Closed end fund (index unit trust) | A | Dividend | J | T | | | | | |
| 21. SPY Closed end fund (index unit trust) | A | Dividend | J | T | | | | | |
| 22. US Treasury Strips (ZC LGC) | A | Interest | J | T | | | | | |
| 23. C Common Stock | A | Dividend | K | T | | | | | |
| 24. INTC Common Stock | A | Dividend | J | T | | | | | |
| 25. PFE Common Stock | A | Dividend | J | T | | | | | |
| 26. PPH Common Stock | A | Dividend | J | T | | | | | |
| 27. TRV Common Stock (X, as exchanged by merger for STA stock) | A | Dividend | J | T | | | | | |
| 28. AllianceBernstein Lg Cap Growth (APGCX) | | None | J | T | | | | | |
| 29. Merrill Lynch Bank USA RASP account | A | Interest | K | T | | | | | |
| 30. Merrill Lynch Retirement Reserves account | A | Interest | J | T | | | | | |
| 31. American Funds EuroPacific A (AEPGX) (prev. error as ADPGX) | A | Dividend | J | T | | | | | |
| 32. Columbia Acorn Fund (ACRNX) | A | Dividend | J | T | | | | | |
| 33. Janus Small Cap Value Fund (JSCVX) | A | Dividend | J | T | | | | | |
| 34. American Century Vista (TWVAX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Dreyfus Premier New Leaders Fund A (DNLDX) | | None | J | T | | | | | |
| 36. American Century Income & Growth Fund (BIGRX) | | None | J | T | | | | | |
| 37. BGI S&P 500 Stock Fund (WFSPX) | A | Dividend | J | T | | | | | |
| 38. T. Rowe Price Blue Chip Growth Fund (TRBCX) | A | Dividend | J | T | | | | | |
| 39. T. Rowe Price Balanced Income (RPBAX) | A | Dividend | J | T | | | | | |
| 40. T. Rowe Price Spectrum Income (RPSIX) | A | Dividend | J | T | | | | | |
| 41. Massachusetts Mutual Whole Life Paid-up policy (Y) | | None | K | T | | | | | |
| 42. DCEL Common Stock | | None | | | Liquidated | 11/16 | J | | AT&T Acquisition of DCEL |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frizzell, Gregory K | 06/26/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

None

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544